IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HERNANDEZ,

    Petitioner,                    No. CIV S-04-0280 GEB GGH P

    vs.

JOSEPH McGRATH, Warden,

    Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding with appointed counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This case was stayed by order filed on December 16, 2004. In that order, petitioner's motion for a stay was granted pending exhaustion of state court remedies with respect to petitioner's Blakely[1] claim. Petitioner was directed, immediately upon exhaustion of said claim, to file and serve an amended petition, incorporating all of his exhausted claims.[2]

        This matter has been stayed for more than seven months and the court has no record of petitioner having filed an amended petition. In light of Rhines v. Weber, ___ U.S. ___,

---

[1] Blakely v. Washington, 542 U.S. 296, 124 S. Ct. 2531 (2004).

[2] U.S. v. Booker and U.S.v Fanfan, __ U.S.__, 125 S. Ct. 738 (2005), were decided in one opinion filed on January 12, 2005.

1

125 S. Ct. 1528 (2005), petitioner is now directed to show cause, within 30 days, why no amended petition has not yet been filed. Petitioner is also directed to show cause why the stay imposed in this matter should not be lifted and why, thereafter, this action should not simply proceed upon the exhausted claims filed in the original petition.

        IT IS SO ORDERED.

DATED: 8/11/05

                                            /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

ggh:009
hern0280.osc