IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HERNANDEZ,

       Petitioner,               No. CIV S-04-0280 GEB GGH P

  vs.

JOSEPH McGRATH, Warden,

       Respondent.        ORDER

_____/

       By his filing of September 2, 2005, petitioner has discharged the show cause order, filed on August 12, 2005, and the stay imposed in this matter will remain.  Petitioner is directed, however, to file an amended petition in this court incorporating all exhausted claims within 30 days of the decision rendered by the state supreme court on petitioner's as yet unexhausted claim.

       IT IS SO ORDERED.

DATED:   9/13/05               /s/ Gregory G. Hollows

                               _____

                               GREGORY G. HOLLOWS
                               UNITED STATES MAGISTRATE JUDGE

GGH:009
hern0280.dsc