MATTHEW ALGER, #132853
290 Shaw Avenue, Suite A
Clovis, CA 93612
Telephone: (559) 324-0310

Attorney for Petitioner,
DAVID HERNANDEZ

IN THE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID HERNANDEZ, | ) | No. CIV S-04-0280 GEB GGH P |
| | ) | |
| Petitioner, | ) | **ORDER GRANTING** |
| | ) | **EXTENSION OF TIME TO** |
| | ) | **FILE AMENDED HABEAS** |
| vs. | ) | **PETITION** |
| | ) | |
| JOSEPH McGRATH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | Magistrate Judge Gregory Hollows |

Petitioner's unopposed request for an extension of time to file an amended petition for writ of habeas corpus is granted. The court notes that this is petitioner's second request for a time extension, not his first, as represented in the affidavit in support of the pending request.[1] Petitioner's first amended petition for writ of habeas corpus, and

---

[1] Moreover, as this matter is currently stayed, seeking extensions of time does not appear to be entirely apposite. However, the court will overlook this anomaly as it appears that petitioner seeks to avoid any negative repercussions from failing to file the amended petition in accordance

supporting documents, shall be filed no later than February 16, 2006.

    IT IS SO ORDERED.

Dated: 1/31/06

                                         /s/ Gregory G. Hollows

                                         U.S. MAGISTRATE JUDGE

hern0280.po

---

with the timeline set forth in the order filed on September 14, 2005.

Hernandez v. McGrath
No. CIV S-04-0280 GEB GGH P
Order Granting Request for Extension of Time      2