IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HERNANDEZ,

        Petitioner,           No. CIV S-04-0280 GEB GGH P

    vs.

JOSEPH McGRATH, Warden,

        Respondent.        ORDER

_____/

        Petitioner, a state prisoner proceeding with counsel, filed a first amended petition on February 2, 2006.[1]  The stay in this matter was lifted by order filed on February 22, 2006.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file a response to the amended petition by April 8, 2006;

        2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer; and

\\\\\

---

[1] By order filed on October 13, 2004, respondent was granted 45 days from the filing of an amended petition to file a response.  By that calculation, the response would be due on March 19, 2006.  However, the court herein grants 45 days for a response from the date of the lifting of the stay.

1

1      3. If the response to the habeas petition is a motion, petitioner's opposition or
2 statement of non-opposition to the motion shall be filed and served within thirty days after
3 service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
4 thereafter.
5 DATED: 3/22/06

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
hern0280.rsp