IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HERNANDEZ,

    Petitioner,               No. CIV S-04-0280 GEB GGH P

    vs.

JOSEPH McGRATH, Warden,

    Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding with counsel, filed a first amended petition on February 2, 2006, and the stay in this matter was lifted by order filed on February 22, 2006. By order filed on March 22, 2006, respondent was directed to file a response by April 8, 2006; however, respondent had filed an answer on March 17, 2006.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The March 22, 2006 order is vacated; and

        2. Petitioner's reply (traverse), if any, shall be filed and served within thirty days of the filed date of this order.

DATED: 3/27/06

                                    /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
hern0280.rsp2