MATTHEW ALGER, #132853
290 Shaw Avenue, Suite A
Clovis, CA 93612
Telephone: (559) 324-0310

Attorney for Petitioner,
DAVID HERNANDEZ

IN THE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID HERNANDEZ, | ) | No. CIV S-04-0280 GEB GGH P |
| | ) | |
| Petitioner, | ) | **ORDER GRANT-** |
| | ) | **ING EXTENSION OF TIME TO** |
| | ) | **FILE REPLY** |
| vs. | ) | |
| | ) | |
| JOSEPH McGRATH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | Magistrate Judge Gregory Hollows |

Good cause appearing therefor, petitioner's unopposed request for a 30-day extension of time to file a reply to the answer to the first amended petition for writ of habeas corpus is granted. Petitioner's reply shall be filed no later than May 26, 2006.

Dated: 5/3/06

/s/ Gregory G. Hollows

_____
U.S. MAGISTRATE JUDGE

hern0280.po2